# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Jointly Administered Under Case No. 17-31145 |
| Pawn America Minnesota, LLC, | 17-31145 |
| Pawn America Wisconsin, LLC | 17-31146 |
| Exchange Street Inc. | 17-31147 |
| Debtors. | Chapter 11 Cases |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Connie A. Lahn of the law firm Barnes & Thornburg LLP, counsel for The Nerdery, hereby gives notice pursuant to Bankruptcy Rule 9010(b) that they are appearing in the above-captioned bankruptcy case for The Nerdery.

Connie A. Lahn further requests that she receive all notices and all other papers served or filed in this case, including pleadings, motions, applications, orders, plans, disclosure statements, financial and other reports. Pursuant to Bankruptcy Rule 2002(g), all notices and papers should be sent to the following address:

Connie A. Lahn, Esq.
Barnes & Thornburg LLP
2800 Capella Tower
225 South Sixth Street
Minneapolis, MN 55402-4662
Telephone: (612) 333-2111
Facsimile: (612) 333-6798
Email: Connie.Lahn@btlaw.com

Connie A. Lahn further requests that she be added to the appropriate lists and matrixes in this case.

This request for notice is intended, without limitation, to constitute such request for service as is required by Bankruptcy Rules 2002(i) and 3017(a), and a request for court designated service as set forth in Bankruptcy Rules 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013, and 9019.

**PLEASE TAKE FURTHER NOTICE** this Notice of Appearance request includes, without limitation, notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether form or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to the rights, remedies and claims of The Nerdery against other entities or any objection by The Nerdery, that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit The Nerdery to the jurisdiction of the Court.  This Notice of Appearance shall not be deemed or construed to be a waiver by The Nerdery (1) to have final orders in noncore and matters not arising in or under the Bankruptcy Code entered by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) of any other rights, claims, actions, defenses, setoffs, or recoupments to which The Nerdery is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments The

Nerdery expressly reserves. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

Dated: April 24, 2017                                  BARNES & THORNBURG LLP

                                        By:   /e/ Connie A. Lahn
                                               Connie A. Lahn, #0269219
                                        2800 Capella Tower
                                        225 South Sixth Street
                                        Minneapolis, Minnesota 55402-4662
                                        Telephone:    612.333.2111
                                        Facsimile:     612.333.6798
                                        Connie.Lahn@btlaw.com

                                        ATTORNEYS FOR THE NERDERY